UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 3, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
HK
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GREGORY FORD GILBERT, ) <br> ) <br> Defendant. ) | Case No. 2:18-mj-00076-EFB <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, GREGORY FORD GILBERT, Case No. 2:18-mj-00076-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The Defendant was ordered to appear in the Middle District of Alabama, (1 Church Street, Montgomery, AL) on 4/18/2018 at 1:30 p.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/3/2018 at 2:10 p.m.

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge